United States District Court
Southern District of Texas
**ENTERED**
October 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NEIL  GILMOUR, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-179 |
| | § | |
| HUMANA HEALTH PLAN OF TEXAS, | § | |
| INC., *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal. *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Pursuant to that stipulation, all claims asserted in this case are **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 4th day of October, 2018.

_____
George C. Hanks Jr.
United States District Judge

1 / 1